FILED
CLERK, U.S. DISTRICT COURT
APR 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

**FULL NAME** DANIEL AVILA
CELL# 4A2L#1
**COMMITTED NAME (if different)**
CSP – CORCORAN
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
4001 KING AVE.
CORCORAN, CA 93212
**PRISON NUMBER (if applicable)**
AH4032

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANIEL AVILA
PLAINTIFF,
v.
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT ET. AL.
DEFENDANT(S).

CASE NUMBER 2:17-CV-02701-SJO-DFM
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not SEE COMPLAINT MEMO AT "ITEM B.3"

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION (SEE COMPLAINT MEMO AT "ITEM C.")

This complaint alleges that the civil rights of plaintiff DANIEL AVILA
(print plaintiff's name)
who presently resides at P.O. BOX 8500, CORCORAN, CA 93212,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
LOS ANGELES COUNTY MEN'S CENTRAL JAIL (MCJ) IN LOS
(institution/city where violation occurred)
ANGELES, CALIFORNIA.

CIVIL RIGHTS COMPLAINT
CV-66 (7/97)                                                                Page 2 of 6

on (date or dates) <u>03/28/2013</u>, <u>THROUGH 03/30/2013</u>
                   (Claim I)                (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>BLAKE ORLANDO S</u> resides or works at
<u>450 BAUCHET STREET, LOS ANGELES,</u>
<u>CA 90012</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>HE/SHE WAS ON DUTY AS AN LASD DEPUTY</u>
<u>WITH AN LASD BADGE.</u>

2. Defendant <u>STEVEN PROVENZANO</u> resides or works at
<u>450 BAUCHET STREET, LOS ANGELES</u>
<u>CA 90012</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>HE/SHE WAS ON DUTY AS AN LASD DEPUTY</u>
<u>WITH AN LASD BADGE.</u>

3. Defendant <u>SUNNY SOLOMUA</u> resides or works at
<u>450 BAUCHET STREET, LOS ANGELES,</u>
<u>CA 90012.</u>
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
<u>HE/SHE WAS ON DUTY AS AN LASD DEPUTY</u>
<u>WITH AN LASD BADGE</u>

4. Defendant JESUS ROJAS _____ resides or works at
   (full name of first defendant)
   450 BAUCHET STREET, LOS ANGELES,
   (full address of first defendant)
   CA 90012.
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
HE/SHE WAS ON DUTY AS AN LASD DEPUTY WITH AN LASD BADGE.

5. Defendant ANTHONY CASAREZ _____ resides or works at
   (full name of first defendant)
   450 BAUCHET STREET, LOS ANGELES,
   (full address of first defendant)
   CA 90012
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
HE/SHE WAS ON DUTY AS AN LASD DEPUTY WITH AN LASD BADGE.

(SEE COMPLAINT MEMO AT ITEMS "C.6" THROUGH C.60)

D. CLAIMS*

CLAIM I

The following civil right has been violated: ON MARCH 28, 2013, ALL DEFENDANTS EACH PERSONALLY VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO CRUEL AND UNUSUAL PUNISHMENT AND FIFTH AND FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS OF LAW BY OBSTRUCTING PLAINTIFF'S STATE COURT ORDERED TRANSFER TO STATE PRISON WHEN THERE WAS A "READILY AVAILABLE" SEAT FOR PLAINTIFF ON THE BUS TRANSPORTING COUNTY INMATES TO STATE PRISON ON THE NIGHT OF MARCH 28, 2013 AT 10:00 P.M. (22:00).

ALL DEFENDANTS EACH SHOWED DELIBERATE INDIFFERENCE BY DIVERGING FROM STANDARD OPERATING PROCEDURE (SOP) WHICH REQUIRES ALL COUNTY INMATES TO BE TRANSFERED TO STATE PRISON AS BUS SEATS ARE AVAILABLE FOR THE INMATE'S CLASSIFICATION, NEXT-IN-ORDER, FROM THE INMATE WAITING THE LONGEST FOR TRANSFER TO STATE PRISON WITHOUT ANY HOLDS, DETAINERS, OR WARRANTS IN THE SYSTEM.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON MARCH 28, 2013 ALL DEFENDANTS EACH KNEW PLAINTIFF WAS A K-10 INMATE AND THAT A CAGE WOULD BE AVAILABLE FOR HIM ON THE NEXT BUS LEAVING THE INMATE RELEASE CENTER (IRC), IN THE EARLY MORNING HOURS OF MARCH 29, 2013. THEY DELIBERATELY CALLED TRANSPORTATION STAFF TO "SCRATCH-OFF" PLAINTIFF FROM THAT BUS SPECIFICALLY TO BUY THEM ENOUGH TIME (WEEKEND) TO FORCE PLAINTIFF INTO BECOMING A "MENTAL HEALTH INMATE-PATIENT (MHIP) WITHOUT A MEDICAL DOCTOR'S ORDER OR COURT ORDER. ALL DEFENDANTS STATED THAT DAY THAT THEY WANTED TO "PUNISH" PLAINTIFF FOR ALL THE PROBLEMS HE CAUSED DEFENDANTS. HAD DEFENDANTS NOT MADE SAID CALL, TRANSPORTATION STAFF WOULD HAVE TRANSPORTED PLAINTIFF TO STATE PRISON PREVENTING ALL DEFENDANTS FROM HAVING THE PHYSICAL ABILITY TO FORCE PLAINTIFF INTO MENTAL HEALTH TREATMENT.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. (SEE COMPLAINT MEMO AT "ITEM D.")

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

UNSPECIFIED DAMAGES/RELIEF

AT THIS STAGE, PLAINTIFF RESERVES HIS RIGHT TO AMEND THE RELIEF PORTION OF THIS COMPLAINT.

PLAINTIFF HAS STATED AT LEAST ONE CLAIM IN WHICH AT LEAST ONE FORM OR KIND OR RELIEF COULD BE GRANTED BY THIS COURT UPON SPECIFICATION.

FOR EXAMPLE, IF A CLAIM ALLEGES ALL DEFENDANTS DID A CIVIL RIGHTS VIOLATION AND THIS COURT COULD REASONABLY CONCLUDE THE POSSIBILITY ONE OR MORE RELIEFS COULD BE GRANTED AGAINST AT LEAST ONE LISTED DEFENDANT, THEN PLAINTIFF MEETS THE THRESHOLD TO PROCEED PAST PLEADING STAGE. IN OTHER WORDS, PLAINTIFF IS ALLOWED TO UTILIZE THE "DRAG-NET APPROACH" AT THE PLEADING STAGE AND WHATEVER "STICKS ON THE WALL" AT THE SUMMARY JUDGMENT STAGE IS WHAT PLAINTIFF GETS. SO LONG AS ONE GETS THROUGH, THIS "CIVIL ACTION" IS CONCEIVED.

MARCH 26, 2017    DANIEL AVILA
(Date)             (Signature of Plaintiff)

ATTACHMENTS: (1) IFP APPLICATION; (2) COMPLAINT MEMO; (3) PLAINTIFF'S DECLARATION OF INSTITUTIONAL MAILING.





ONE CENT STAMPS TO INVOKE THE FEDERAL JURISDICTIONAL LAYER BETWEEN MY CELL AND USPS ONCE I SEAL THIS ENVELOPE.