# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL AVILA,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT et al.,<br><br>Defendants. | Case No. CV 17-02701-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that all of Plaintiff's claims are dismissed with prejudice except for Plaintiff's due process claims against Defendants Alvarez, Taylor, Ornelas, Peitrontoni, Yoell, Felix, and Vasquez; his excessive force claims against Defendants Martinez, Allen, Nguyen, Quintana, Orlandos, Solomua, Haley and Chavez; and his deprivation of clothing claims against Defendants Brauburger, Meza, Grant, Gonzales,

McClure, Stover, and Strong. The Magistrate Judge shall order service of the Third Amended Complaint on the remaining Defendants.

Date: August 1, 2019

_____
S. JAMES OTERO
Senior United States District Judge