JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL AVILA, | Case No. CV 17-02701-VBF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed with prejudice.

Date: September 30, 2020

_____
VALERIE BAKER FAIRBANK
United States District Judge